QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 K Street, Suite 1054
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MOHAMMED ZIYARMAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>             Plaintiff,      )<br>                             )<br>    v.                       )<br>                             )<br>                             )<br>MOHAMMED ZIYARMAL et al.     )<br>                             )<br>             Defendants.     )<br>_____ | CASE NO. CR-S-04-0393 LKK<br><br>**STIPULATION TO RE SET DATE FOR JUDGEMENT AND SENTENCING; ORDER EXCLUDING PRE TRIAL TIME.**<br><br>DATE: September 27, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TICE RASKIN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Mohammed Ziyarmal, JAN D. KAROWSKY, Esq., attorney for Shamshad Ziyarmal, and BRUCE LOCKE, Esq., attorney for MARWA ZIYARMAL, that the sentencing hearing shall be re calendared for September 27, 2005 at 9:30 a.m.

   This continuance is requested as all defense counsel need additional time to finalize matters for sentencing.

   On behalf of Marwa Ziyarmal, her attorney Bruce Locke, Esq., has advised Ms. Ziyarmal of her rights under the Constitutional guarantees to a speedy trial under the 6th Amendment and also under Title 18 U.S.C.

Sections 3161-3174(Speedy Trial Act) and she specifically waives her rights under the Speedy Trial Act for the time from September 13, 2005 to the date that her co defendants are sentenced, which date is now set for September 27, 2005.  Her attorney, Mr. Locke, needs the additional time within which to conduct legal research, conduct factual background investigation, and obtain and review relevant documents.

DATED: September 9, 2005.                    Respectfully submitted,

                                                            QUIN DENVIR
                                                           Federal Public Defender

DATED: September 9, 2005.                    /s/ MARK J. REICHEL for
                                                           MARK J. REICHEL
                                                           Assistant Federal Defender
                                                           Attorney for Mohammed Ziyarmal

                                                           /s/ MARK J. REICHEL for
                                                           JAN D. KAROWSKY
                                                           Attorney for Defendant
                                                           Shamshad Ziyarmal

                                                           /s/ MARK J. REICHEL for
                                                           BRUCE LOCKE
                                                           Attorney for
                                                           Marwa Ziyarmal

                                                           McGREGOR SCOTT
                                                           United States Attorney

DATED: September 9, 2005.                    /s/ MARK J. REICHEL for
                                                           ROBERT TICE RASKIN
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintif

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 9, 2005      /s/Lawrence K. Karlton
                                          HONORABLE LAWRENCE K. KARLTON
                                          Senior, United States District Judge