1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 K Street, Suite 1054
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MOHAMMED ZIYARMAL

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. CR-S-04-0393 LKK
                                   )
12              Plaintiff,         )        **AMENDED**
                                   )  **STIPULATION TO RE SET DATE FOR**
13      v.                         )  **JUDGEMENT AND SENTENCING; ORDER**
                                   )  **EXCLUDING PRE TRIAL TIME.**
14                                 )
    MOHAMMED ZIYARMAL et al.       )  DATE: October 25, 2005
15                                 )  TIME: 9:30 a.m.
                Defendants.        )  JUDGE: Lawrence K. Karlton
16  _____)

17       IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, ROBERT TICE RASKIN, Assistant United

19  States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant

20  Federal Defender, attorney for Mohammed Ziyarmal, JAN D. KAROWSKY,

21  Esq., attorney for Shamshad Ziyarmal, and BRUCE LOCKE, Esq., attorney

22  for Marwa ZIYARMAL, that the sentencing hearing shall be re calendared

23  for October 25, 2005 at 9:30 a.m.

24       This continuance is requested as all defense counsel need

25  additional time to finalize matters for sentencing.

26       On behalf of Marwa Ziyarmal, her attorney Bruce Locke, Esq., has

27  advised Ms. Ziyarmal of her rights under the Constitutional guarantees

28  to a speedy trial under the 6th Amendment and also under Title 18 U.S.C.

1   Sections 3161-3174(Speedy Trial Act) and she specifically waives her

2   rights under the Speedy Trial Act for the time from September 27, 2005

3   to the date that her co defendants are sentenced, which date is now set

4   for October 25, 2005.  Her attorney, Mr. Locke, needs the additional

5   time within which to conduct legal research, conduct factual background

6   investigation, and obtain and review relevant documents.

7   DATED: September 23, 2005.                Respectfully submitted,

8                                            QUIN DENVIR
                                             Federal Public Defender
9

10
11  DATED: September 23, 2005.                /s/ MARK J. REICHEL for
                                             MARK J. REICHEL
12                                           Assistant Federal Defender
                                             Attorney for Mohammed Ziyarmal
13

14                                           /s/ MARK J. REICHEL for
                                             JAN D. KAROWSKY
15                                           Attorney for Defendant
                                             Shamshad Ziyarmal
16

17                                           /s/ MARK J. REICHEL for
18                                           BRUCE LOCKE
                                             Attorney for
19                                           Marwa Ziyarmal

20

21                                           McGREGOR SCOTT
22                                           United States Attorney

23

24  DATED: September 23, 2005.                /s/ MARK J. REICHEL for
                                             ROBERT TICE RASKIN
25                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
26

27

28

                                      2

1

2

3

## **O R D E R**

4

**IT IS SO ORDERED.**  Time is excluded in the interests of justice
pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 23, 2005      /s/ Lawrence K. Karlton
                             HONORABLE LAWRENCE K. KARLTON
                             Senior, United States District Judge

3