McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-0393 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | MONEY JUDGMENT AGAINST |
| v. | ) | MOHAMMED OMAR ZIYARMAL |
| | ) | AND SHAMSHAD ZIYARMAL |
| MOHAMMED OMAR ZIYARMAL, | ) | |
| MARWA ZIYARMAL, | ) | |
| SHAMSHAD ZIYARMAL, | ) | |
| SWEEDA KAZEMI, and | ) | |
| MOHAMMED SALIM KAZEMI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

　　　　On February 17, 2005, defendant Mohammed Omar Ziyarmal entered a guilty plea to Count Eight of the Indictment charging him with mail fraud in violation of 18 U.S.C. § 1341.  On that same date, defendant Shamshad Ziyarmal entered a guilty plea to County Twenty of the Indictment charging him with engaging in monetary transactions involving more than $10,000 in criminally derived funds in violation of 18 U.S.C. § 1957.

　　　　As part of their plea agreements with the United States, defendants Mohammed Omar Ziyarmal and Shamshad Ziyarmal each agreed to forfeit certain property.  See Plea Agreement As To Defendant

1

Shamshad Ziymarmal ¶ II.D; Plea Agreement As To Defendant Mohammed Omar Ziyarmal at ¶ II.D.  The Plea Agreement provided that the Government would agree to forfeit $140,000 from the proceeds of the sale of certain real properties: 9166 Aegina Court, Elk Grove, CA and 9162 Aegina Court, Elk Grove, CA.  <u>Id.</u>  The parties have pursued this course of action.  On or about September 9, 2005, the United States received a cashier's check in the amount of $131,155.09 out of escrow from the sale of real property located at 9166 Aegina Court, Elk Grove, CA.  The parties expect that the balance - approximately $8,844.91 - shall be paid shortly.  Accordingly, the parties now stipulate as follows:

<u>STIPULATION</u>

1.   Pursuant to 18 U.S.C. § 982, 18 U.S. C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c)), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendants Mohammed Omar Ziyarmal and Shamshad Ziyarmal, jointly and severally, in the amount of $140,000.00.

2.   That the above-referenced personal forfeiture money judgment is imposed based on defendant Mohammed Omar Ziyarmal's conviction for violating 18 U.S.C. § 1341 (Count Eight) and defendant Shamshad Ziyarmal's conviction for violating 18 U.S.C. § 1957 (Count Twenty).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the value of the assets involved in, or are traceable to, the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

///

1    3.  The personal money judgment shall be paid in full on or
2 before the imposition of sentence on defendants Mohammed Omar
3 Ziyarmal and Shamshad Ziyarmal.  Prior to the imposition of
4 sentence, any funds delivered to the United States to satisfy the
5 personal money judgment shall be seized and held by the United
6 States Marshals Service, in its secure custody and control.
7    4.  Upon imposition of a sentence that includes the personal
8 forfeiture money judgment as described above, and the full
9 satisfaction of such judgment, the United States shall as soon as
10 practicable withdrawal the lis pendens recorded on the real property
11 known as 9162 Aegina Court, Elk Grove, CA, and at the time of
12 sentencing shall dismiss the real properties identified in the
13 forfeiture allegation of the Indictment.
14    IT IS SO STIPULATED.

15 DATED: 7/26/05                McGREGOR W. SCOTT
                                 United States Attorney

17                               By: /s/ S. Robert Tice-Raskin
                                 S. ROBERT TICE-RASKIN
18                               Assistant U.S. Attorney

20 DATED: 9-19-05                /s/ Jan Karowsy
                                 JAN KAROWSKY
21                               Attorney for defendant Shamshad
                                 Ziyarmal

23 DATED: 9\19\05                /s/ Mark Reichel
                                 MARK REICHEL
24                               Attorney for defendant Mohammed Omar
                                 Ziyarmal

26                               (Original signatures retained by
                                 attorney)

3

ORDER

For good cause shown, the Court adopts the parties' stipulation and hereby imposes a personal forfeiture money judgment against defendants Mohammed Omar Ziyarmal and Shamshad Ziyarmal, jointly and severally, in the amount of $140,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: November 15, 2005        /s/Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior, UNITED STATES DISTRICT JUDGE