UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                                **RE:**   Mohammad ZIYARMAL
                                                         Docket Number: 2:04CR00393-01
                                                         PERMISSION TO TRAVEL
                                                         <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Mr. Ziyarmal is requesting permission to travel to Afghanistan.  He is current with all supervision obligations, and the probation officer recommends foreign travel approval be granted.

**Conviction and Sentencing Date:**  On November 8, 2005, Mr. Ziyarmal was sentenced for the offense of Mail Fraud (18 USC 1341).

**Sentence imposed:** 18 months custody of the Bureau of Prisons;  36 months Supervised Release; $177,056.01 Restitution; $100 Special Assessment. **Special Conditions:** Warrantless search and seizure; Asset and credit restrictions; Financial disclosure;  Submit to DNA testing.

**Dates and Mode of Travel:**  Mr. Ziyarmal would like to travel sometime in the month of September 2006, and he plans to be out of the country two to three weeks.  He will travel by airplane.  The probation officer will obtain and monitor specific travel information if Court approval is granted.

**Purpose:** To visit family and to accompany his son (and codefendant) to pick up his son's wife and bring her back to the United States.

                                                       Respectfully Submitted,


                                                       /s/ Richard W. Elkins
                                                     **RICHARD W. ELKINS**
                                       **Senior United States Probation Officer**

**RE:**   **Mohammed ZIYARMAL**
          **Docket Number: 2:04CR00393-01**
          <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Dated:**   September 1, 2006
             Elk Grove, California
             RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

**ORDER OF THE COURT:**

**Approved**   ✔               **Disapproved** _____

  September 5, 2006
**Date**                        **Honorable Lawrence K. Karlton**
                                **Senior United States District Judge**

Rev. 8/98
TRAVELOC.MRG