UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                       RE:   Mohammed Omar ZIYARMAL
                                                  Docket Number: 2:04CR00393-01
                                                  **PERMISSION TO TRAVEL**
                                                  **OUTSIDE THE COUNTRY**

Your Honor:

Mr. Ziyarmal is requesting permission to travel to Afghanistan, and the probation officer recommends foreign travel approval be granted.

**Conviction and Sentencing Date:** On November 8, 2005, Mr. Ziyarmal was sentenced for the offense of Mail Fraud (18 USC 1341).

**Sentence Imposed:** 18 months custody of the Bureau of Prisons;  36 months Supervised Release;  $177,056.01 Restitution;  $100 Special Assessment.  **Special Conditions:** Warrantless search and seizure; Asset and credit restrictions; Financial disclosure;  Submit to DNA testing.

**Dates and Mode of Travel:** Mr. Ziyarmal would like to travel beginning on January 2, 2008, and return around February 1, 2008.  He will travel by airplane.  The probation officer will obtain and monitor specific travel information if Court approval is granted.

**Purpose:** To attend his daughter's wedding.

**Additional Case Information:** Mr. Ziyarmal reports his son and daughter will pay for his trip. The reason for reporting this is because he has been unable to pay toward his balance of restitution ($37,056.01).  Mr. Ziyarmal suffers from wrist injuries that do not allow him to work at this time.  He and his family subsist on AFDC and income earned by his son and daughter. Additionally, Mr. Ziyarmal disputes owing the balance of restitution remaining.  This matter is currently being addressed by defense counsel and the probation officer, and it will likely require a judicial decision in the near future.

**RE:**   **Mohammed Omar ZIYARMAL**
          **Docket Number: 2:04CR00393-01**
          **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Rev. 8/98

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**DATED:**   December 17, 2007
             Elk Grove, California
             RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

Dated: December 17, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**ORDER OF THE COURT:**

**Approved** <u>XXX</u>                              **Disapproved** _____