**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                   RE:   **Mohammed Omar ZIYARMAL
                                         Docket Number: 2:04CR00393-01
                                         PERMISSION TO TRAVEL
                                         OUTSIDE THE COUNTRY**

Your Honor:

Mr. Ziyarmal is requesting permission to travel to Afghanistan, and the probation officer recommends foreign travel approval be granted.

**Conviction and Sentencing Date:**  On November 8, 2005, Mr. Ziyarmal was sentenced for the offense of Mail Fraud (18 USC 1341).

**Sentence Imposed:** 18 months custody of the Bureau of Prisons;  36 months Supervised Release;  $177,056.01 Restitution;  $100 Special Assessment.  **Special Conditions:** Warrantless search and seizure; Asset and credit restrictions; Financial disclosure;  Submit to DNA testing.

**Dates and Mode of Travel:**   Mr. Ziyarmal would like to travel on or around December 18, 2008, and return on or around January 18, 2009.  He will travel by airplane. The probation officer will monitor specific travel information if Court approval is granted.

**Purpose:** To attend a family funeral and attend to family business (related to the death).

**Additional Case Information:**  Mr. Ziyarmal will pay for his trip.  The Court is advised Mr. Ziyarmal has not paid toward his balance of restitution ($37,056.01) during his supervision term.  He recently completed a period of disability and he obtained a job working as a truck driver.  He could likely afford to make at least minimal payments at this time, but Mr. Ziyarmal continues to dispute owing the balance of restitution.  The issue is being investigated by his new attorney at this time.  Preliminary attempts by the attorney to resolve the issue in Mr. Ziyarmal's favor have been unsuccessful.  It appears his attorney may need to set a hearing in the near future so the Court could resolve the matter.  Should the Court determine the money is owed by Mr. Ziyarmal, the debt could be collected for 20 years from the time of sentencing (this will be reported to the Court in a separate memorandum).

RE:   **Mohammed Omar ZIYARMAL**
      **Docket Number: 2:04CR00393-01**
      **<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,


/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**


DATED:   December 1, 2008
         Elk Grove, California
         RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**  ✔                        **Disapproved** _____


December 3, 2008
**Date**                               **Honorable Lawrence K. Karlton**
                                       **Senior United States District Judge**